NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE WYETH AND
WYETH PHARMACEUTICALS INC.,**
*Petitioners.*

---

Miscellaneous Docket No. 959

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 08-CV-0067, Judge T. John Ward.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Wyeth et al. (Wyeth) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its orders denying Wyeth's motions to transfer and to direct transfer to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Novartis Vaccines and Diagnostics, Inc. is directed to respond no later than September 28, 2010.

FOR THE COURT

**SEP 1 5 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George A. Riley, Esq.
   Bradford J. Badke, Esq.
   Clerk, United States District Court for the Eastern
      District Of Texas

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 5 2010

JAN HORBALY
CLERK